Robert R. Wallace (3366)
KIRTON & McCONKIE PC.
1800 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600
rwallace@kmclaw.com
*Attorneys for Defendant*

FILED
U.S. DISTRICT COURT
2011 MAY 25 P 4: 59
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability Company  Plaintiff, | **AMENDED STIPULATION REGARDING ARENT FOX, LLP** |
| V.- | Civil No. 2:11-cv-00266 Judge Dale A. Kimball |
| ARENT FOX LLP f/k/a ARENT FOX KINTNER PLOTKIN & KAHN, PLLC a New York Limited Liability Partnership,  Defendant. | **FILED UNDER SEAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that:

(1)   Defendant Arent Fox LLP ("Arent Fox") accepts service of the summons and complaint in the action, while reserving all rights with respect to the sufficiency of personal jurisdiction and all other defenses;

(2)   the time for Arent Fox to answer or otherwise move with respect to the complaint is hereby extended to and including **June 3, 2011**;

(3)   this Stipulation may be filed without further notice with the Court; and

(4)     a facsimile copy or copy of this Amended Stipulation and the signatures thereon shall have the same force and effect as the original thereof.

DATED this _____ of May, 2011.

PETER STROJNIK, P.C.

_____
Peter Strojnik, Esq.
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone: 602-524-6602
Fax: 602-296-0135
Email: Strojnik@aol.com
*Attorney for Plaintiff*

DATED this 24th of May, 2011.

KIRTON & McCONKIE, PC

_____
Robert R. Wallace, Esq.
1800 Eagle Gate Tower
60 E. South Temple
Salt Lake City, Utah 84111
Phone: 801-328-3600
Fax: 801-212-2084
Email: rwallace@kmclaw.com
*Attorneys for Defendant Arent Fox LLP*

DATED this _____ of May, 2011.

FOLEY & LARDNER, LLP

_____
Peter N. Wang, Esq.
Douglas S. Heffer, Esq.
90 Park Avenue
New York, New York 10016
Phone: 212-682-7474
Fax: 212-687-2329
Email: pwang@foley.com
*Attorneys for Defendant Arent Fox LLP*

4841-0445-5689.1

(4)     a facsimile copy or copy of this Amended Stipulation and the signatures thereon shall have the same force and effect as the original thereof.

DATED this 24th day of May, 2011.

STROJNIK, P.C.

_____
Peter Strojnik, Esq.
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone: 602-524-6602
Fax: 602-296-0135
Email: Strojnik@aol.com
*Attorney for Plaintiff*

DATED this ___ of May, 2011.

KIRTON & McCONKIE, PC

_____
Robert R. Wallace, Esq.
1800 Eagle Gate Tower
60 E. South Temple
Salt Lake City, Utah 84111
Phone: 801-328-3600
Fax: 801-212-2084
Email: rwallace@kmclaw.com
*Attorneys for Defendant Arent Fox LLP*

DATED this 24th of May, 2011.

FOLEY & LARDNER, LLP

_____
Peter N. Wang, Esq.
Douglas S. Heffer, Esq.
90 Park Avenue
New York, New York 10016
Phone: 212-682-7474
Fax: 212-687-2329
Email: pwang@foley.com
*Attorneys for Defendant Arent Fox LLP*

2

4841-0445-5689.1

## CERTIFICATE OF SERVICE

I certify that on the 25th day of May, 2011, I mailed, postage prepaid, a copy of AMENDED STIPULATION REGARDNG ARENT FOX, LLP ALONG WITH THE (proposed) ORDER to the following persons at the following addresses:

Peter Strojnik, Esq.
STROJNIK, P.C.
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone: 602-524-6602
Fax: 602-296-0135
Email: Strojnik@aol.com
*Attorney for Plaintiff*

Peter N. Wang, Esq.
Douglas S. Heffer, Esq.
FOLEY & LARDNER, LLP
90 Park Avenue
New York, New York 10016
Phone: 212-682-7474
Fax: 212-687-2329
Email: pwang@foley.com
*Attorneys for Defendant Arent Fox LLP*

*P. Alexander*

4841-0445-5689.1