Peter N. Wang
Douglas S. Heffer
FOLEY & LARDNER, LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Email: pwang@foley.com
*Attorneys for Defendant Arent Fox LLP*
*Pro Hac Vice*

Robert R. Wallace (3366)
Michael D. Johnston (11273)
KIRTON & McCONKIE PC.
1800 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84145-0120
Telephone: (801) 328-3600
Email: rwallace@kmclaw.com
*Attorneys for Defendant Arent Fox LLP*

FILED
U.S. DISTRICT COURT

2011 JUN -3 P 2: 23

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARE INVESTMENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ARENT FOX LLP f/k/a ARENT FOX KINTNER PLOTKIN & KAHN, PLLC, a New York Limited Liability Partnership,<br><br>Defendants. | **EXHIBITS A THROUGH P TO DEFENDANT'S MEMORANDUM IN SUPPORT OF 1) MOTION TO DISMISS OR IN THE ALTERNATIVE 2) MOTION TO TRANSFER CASE**<br><br>Civil File No.: 2:11CV00266<br>Judge Dale A. Kimball |

COMES NOW the defendant Arent Fox LLP, by and through its attorneys, and conventionally files Exhibits A though P to its Memorandum in Support of 1) Motion to Dismiss Or In The Alternative 2) Motion to Transfer the Case. These exhibits, which exceed fifteen (15)

in number, have not been filed electronically because they cannot reasonably be combined in electronic format to make a smaller number that fits within the other size constraints of the electronic filing system as per the Court's Administrative Procedures. *See* Exhibits A through P, attached.

DATED this 3rd day of June, 2011.

FOLEY & LARDNER, LLP

*Peter Wang*

Peter N. Wang
Douglas S. Heffer
90 Park Avenue
New York, New York 10016
Email: pwang@foley.com
*Pro Hac Vice Attorneys for Defendant Arent Fox LLP*

DATED this 3rd day of June, 2011.

KIRTON & McCONKIE, PC

*Wallace*

Robert R. Wallace, Esq.
1800 Eagle Gate Tower
60 E. South Temple
Salt Lake City, Utah 84111
Email: rwallace@kmclaw.com
*Attorneys for Defendant Arent Fox LLP*

## **INDEX OF EXHIBITS**

Exhibit A—Docket in FCCG Bankruptcy Proceedings

Exhibit B—Bid Procedures Order dated 5/25/05

Exhibit C—Sale Order dated 10/12/05

Exhibit D—Sale Order dated 11/16/05

Exhibit E—Joint Objection to Motion to Convert dated 1/13/06

Exhibit F—Term Sheet dated 2/12/06

Exhibit G—Certification of Richard McCloskey dated 2/28/11

Exhibit H—Proposed Amended Sale Order

Exhibit I—Correspondence Regarding Proposed Amended Sale Order

Exhibit J—Transcript of 2/27/06 Bankruptcy Court Hearing

Exhibit K—Transcript of 3/8/06 Bankruptcy Court Hearing

Exhibit L—Sale Order dated 3/9/06

Exhibit M—Correspondence Regarding Amended Master Loan Agreement

Exhibit N—Foreclosure Motion dated 7/27/07

Exhibit O—Foreclosure Order dated 8/10/07

Exhibit P—Transcript of SDNY Hearing dated 11/30/09

4840-3269-9145.1

## CERTIFICATE OF MAILING

I hereby certify that on this 3rd day of June, 2011, a true and correct copy of the **EXHIBITS A THROUGH P TO DEFENDANT'S MEMORANDUM IN SUPPORT OF 1) MOTION TO DISMISS OR IN THE ALTERNATIVE 2) MOTION TO TRANSFER CASE** were sent on CD Rom via overnight mail, postage prepaid on the 3rd day of June, 2011 to the following:

Peter Strojnik, Esq.
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Phone: 602-524-6602
Fax: 602-296-0135
Email: Strojnik@aol.com
*Attorney for Plaintiff*

P. Alexander

4840-3269-9145.1