Peter Strojnik, Arizona Bar No. 006464
**PETER STROJNIK, P.C.**
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-524-6602
Facsimile: 602-296-0135
E-mail: Strojnik@aol.com
Attorneys *pro hac vice* for Plaintiff (pending)
Lead Attorney

Maoputasi Young, Utah Bar No. 11247
1801 N 1120 W
Provo, UT 84604
Telephone: 801-655-1421
Facsimile: 888-267-5887
E-mail: tyoung@altamirada.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DARE INVESTMENTS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ARENT FOX LLP f/k/a ARENT FOX KINTNER PLOTKIN & KAHN, PLLC a New York Limited Liability Partnership,<br><br>Defendant. | NO. 2:11-cv-00266<br><br>Honorable Judge Dale A. Kimball<br><br>**NOTICE OF EXPIRATION OF SEALING ORDER** |

1

PLEASE TAKE NOTICE that the 60 day Order Sealing Complaint dated March 25, 2011 has expired. Counsel for Plaintiff has communicated regarding this matter with counsel for Defendant who agrees that the Sealing Order has expired.

RESPECTFULLY SUBMITTED this 9th day of June, 2011.

                                      **STROJNIK, P.C.**

                                      _____
                                      Peter Strojnik, Esq.
                                      Attorney *pro hac vice* for Plaintiff