Subj: **Mocco v. Licata, et al.**
Date: 2/11/2011 2:37:14 P.M. US Mountain Standard Time
From: calt@scarponevargo.com
To: strojnik@aol.com
CC: jscarpone@scarponevargo.com

Mr. Strojnik:

Please see attached from Jim Scarpone.

Clare


Clare M. Alt
Scarpone & Vargo LLC
50 Park Place, Suite 1003
Newark, New Jersey 07102
973.623.4101 x306
973.623.4181 (fax)

Confidentiality Notice: This e-mail contains confidential or privileged information from the law firm of Scarpone & Vargo LLC. Dissemination, distribution or copying of this e-mail or the information contained within it by anyone other than the intended recipient is prohibited. If you have received this e-mail in error, please call Scarpone & Vargo LLC at 973.623.4101 and destroy the original e-mail and all copies.

01/25/2007  12:43  8605131577                                        PAGE 05/05

Banking/Financial Transaction in Thailand                            Page 1 of 2

Subj: **FW: Banking/Financial Transaction in Thailand -- PRIVILEGED**
Date: 1/24/2007 5:35:20 P.M. Eastern Standard Time
From: Carter.Hunter@Arentfox.com
To: Cho690@aol.com

Ron,

You recently requested that we furnish a copy of any documentation we had concerning the validity of the "Bank Guaranty" that was given in security for the purchase by SWJ of the various estates' assets.

I am forwarding a copy of a letter that was obtained from Thai counsel by our firm (acting as Debtor's counsel) and an email, relating to that letter, that was written by our former colleague, Robert Grossman. Bob summarizes a conversation with Thai counsel, as well as responses from SWJ's counsel and some information from Committee counsel.

There are numerous other emails internally at AF and between AF and various entities generally relating to the bank guaranties over the course of several months. Please give me a call to discuss what else you would like us to provide and to narrow the focus of your inquiry so that we can find what it is that you need.

Thanks,

Hunter

---

From: Grossman, Robert
Sent: Sunday, February 12, 2006 1:29 PM
To: Carter, Hunter T.; Silkenat, James
Subject: FW: Banking/Financial Transaction in Thailand

I received a call from the attorney in Thailand that wrote this letter. He explained in greater detail what he believes we are dealing with. Apparently this is not the first time BGs of this type have been used in an attempted fraud. The bank has in the past referred several similar situations to the Thai authorities for review. He did not say these notes have been referred. He also told me that the bank said that the registration numbers are not in the form that they would use for these type of guarantees. He believes we are dealing with worthless and fraudulent paper.

We should discuss how to bring this to the attention of the court and the authorities. Brody believes that all of the parties effected by this may have claims against several parties including Proskauer. They argue that Dale was either a knowing party to this fraud or was grossly negligent. They have also raised the question of if the estate has the rights of SWJ does SWJ have claims against Proskauer for representing SWJ and Cobra. Schreiber still argues that the Notes are authentic and that he can explain the response of the bank. Schreiber and Gordon Duval also insist that they will, prior to Wed fund a compromise proposal. Most BK judges will take the money, if offered and not involve themselves in the question of possible criminal acts by the non debtor. That is all I know at this time. The committee is fully aware of this. In fact they did their own analysis of whether to go to the court or wait until Wed.

---

From: Jessada Sawatdipong [mailto:jessada@ctlo.com]
Sent: Fri 2/10/2006 5:16 AM
To: Grossman, Robert
Cc: Albert T. Chandler
Subject: Banking/Financial Transaction in Thailand

10 February 2006

To: Robert Grossman <grossman.robert@arentfox.com>
    Arent Fox

Thursday, January 25, 2007 America Online: Cho690

01/25/2007  12:43   8605131577                                           PAGE  03/05

Banking/Financial Transaction in Thailand                                Page 2 of 2

Please see attached.

Attachment:   k:\ch_data\JS\Misc\AF-021006.pdf
_____

CHANDLER and THONG-EK LAW OFFICES LIMITED
7th-9th Floor, Bubhajit Building,
20 North Sathon Road
BANGKOK 10500
THAILAND
Tel: (662) 266-6485
Fax: (662) 266-6483
Website:www.ctlo.com

This e-mail message is CONFIDENTIAL and may contain legally privileged
information. If you are not the intended recipient you should not read,
copy, distribute, disclose or otherwise use the information in this
e-mail. Please also telephone or fax us immediately and delete the
message from your system. E-mail may be susceptible to data corruption,
interception and unauthorized amendment, and we do not accept liability
for any such corruption, interception or amendment or the consequences
thereof.

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, we inform you that, unless expressly stated
otherwise, any U.S. federal tax advice contained in this communication (including any attachments) is not
intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal
Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter
addressed herein.

Thursday, January 25, 2007 America Online: Cho690

บริษัท ที่ปรึกษากฎหมายแชนด์เล่อร์และทองเอก จำกัด

## CHANDLER and THONG-EK
### LAW OFFICES LIMITED

7th – 9th Floor, Subhajit Building  
20 North Sathorn Road  
Bangkok 10500, Thailand  
E-mail: atchandler@ctlo.com

Phone : (662) 266-6485 thru 6510  
Fax 03 : (662) 266-6483  
Fax 04 : (662) 200-0140  
Website : http://ctlo.com

10 February 2006                                      Fax:   1 212 484 3990

Robert Grossman  
Arent Fox  
Attorneys a Law  
New York, USA

Re:   Banking/Financial Transaction in Thailand

We refer to your e-mail correspondence and telephone conversation with Mr. Chandler last night.

We have contacted Bangkok Bank Public Company Limited, Head Office, in Bangkok this morning regarding the Bank Guarantees attached to your e-mail to Mr. Chandler last night.

We were verbally informed that:

1. There is no record of those Bank Guarantees issued by Bangkok Bank Public Company Limited on that date.

2. Mr. Prasong Uthaisangchai is a director of Bangkok Bank Public Company Limited. He does not sign bank guarantees issued by Bangkok Bank Public Company.

3. Mr. Somchai Pongadulyasook was an officer of Bangkok Bank Public Company Limited. He retired some years ago.

4. Bangkok Bank Public Company Limited does not affix a seal in bank guarantees issued by it.

Please call me at my office at 66 2266 6485 ext. 153 or my mobile number at 66 9810 2468 in case you have any further question.

Best regards,

Jessada Sawatdipong

K:\Ch_dom\US\LTR\AF-021006.doc