**Maoputasi Young, Esq., Utah Bar No. 11247**
**Attorney For Plaintiff Dare Investments**
**1801 North 1120 W**
**Provo, Utah 84604**
**Telephone 801-655-1421**

# UNITED STATES DISTRICT COURT
## District of Utah <u>Salt Lake City</u> Division

| | |
|---|---|
| <u>**Dare Investments**</u> | Motion for Pro Hac Vice Admission and |
| Plaintiff | Consent of Local Counsel |
| v. | |
| <u>**Arent Fox**</u> | Case No. **2:11-cv-00266-DAK** |
| Defendant. | |

Pursuant to D.U. Civ Rule 83-1.1(d), I move the admission of **Peter Kristofer Strojnik** as pro hac vice counsel for **Plaintiff Dare Investments** ( Plaintiff/Defendant) and consent to serve as local counsel.     The application for pro hac vice admission is attached as exhibit A to this motion, an Electronic Case Filing Registration Form as exhibit B, and the admission fee, if required, has been paid to the court with the submission of this motion.

Dated  **9/23/2011**                                                    **/s/ Maoputasi Young**
                                                                                  Signature of local counsel