# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### APPLICATION FOR ADMISSION PRO HAC VICE

Name of Attorney:   **Peter Kristofer Strojnik**           Telephone: **602-510-9409**
Firm Name:          **The Strojnik Firm L.L.C.**
Business Address:   **Camelback Esplanade**
                    **2415 E. Camelback Rd, Suite 700**
                    **Phoenix, Arizona 85016**

Current bar memberships and date of admission:

| Jurisdiction | Bar Number | |
|---|---|---|
| **California** | **242728** | Admitted on **June 2006** |
| **Arizona** | **026082** | Admitted on **May 2008** |
| _____ | _____ | Admitted on _____ |
| _____ | _____ | Admitted on _____ |

Have you ever been the subject of disciplinary action by any bar to which you have been admitted?
  **X** No          ____ Yes ( provide additional information)

Prior pro hac vice admissions in the District of Utah:          **NONE**   none

Case Name:_____
Case Number:_____
Admission Date:_____

(Attach list of other cases separately if more space is needed.)

   I certify that I am a member in good standing of all bars to which I have been admitted.   This certification that the foregoing is true and correct is made under penalty of perjury .


**/s/ Peter Kristofer Strojnik**                              **September 23, 2011**
Signature                                                     Date