UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

_____

**Dare Investments**     ,  :
    Plaintiff  :
                                                                       : ORDER FOR PRO HAC VICE ADMISSION
v.  :
                                                                       :
**Arent Fox**             ,  :
    Defendant  : Case Number **2:11-cv-00266-DAK**

_____

    It appearing to the Court that Petitioner meets the pro hac vice admission requirements of DUCiv R 83-1.1(d), the motion for the admission pro hac vice of **Peter Kristofer Strojnik** in the United States District Court, District of Utah in the subject case is GRANTED.

Dated: this_____day of _____, 20_____.

                                                             _____
                                                                        U.S. District Judge