AO 450 (Rev.5/85) Judgment in a Civil Case

FILED
CLERK, U.S. DISTRICT COURT
October 31, 2011 (11:48am)
DISTRICT OF UTAH

# United States District Court

Central Division for the District of Utah

| | |
|---|---|
| Dare Investments | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| Arent Fox | |
| | Case Number: 2:11cv00266 DAK |

This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That all Plaintiff's causes of action are dismissed with prejudice.

October 31, 2011
*Date*

D. Mark Jones
*Clerk of Court*

*(By) Deputy Clerk*